# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3220
_____

GONZALO ELIGIO PEREZ GARCIA,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and ANDREA NOLASCO,

    Appellees.

_____

On appeal from the Department of Revenue, Child Support
Program.
Ann Coffin, Director.

June 25, 2025

PER CURIAM.

The Court dismisses this appeal without prejudice for
Appellant to seek modification of the final administrative support
order in the Department of Revenue, or to seek a superseding
support order or change in custody in the circuit court.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Gonzalo Eligio Perez Garcia, pro se, Appellant.

James Uthmeier, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellees.